IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MILTON SHUMAKE,
    Plaintiff,

vs.                                        Case No. 3:09cv265/RV/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 9, 2010 (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**, this action is **DISMISSED,** and the clerk is directed to close the file.

      **DONE AND ORDERED** this 27th day of July, 2010.

                                       /s/ *Roger Vinson*
                                       **ROGER VINSON**
                                       **SENIOR UNITED STATES DISTRICT JUDGE**